Fred WILKINSON, Jr., Appellant,

v.

CITY OF KANSAS CITY, Missouri,
Respondent.

No. WD 53396.

Missouri Court of Appeals,
Western District.

July 8, 1997.

Rehearing Denied Sept. 2, 1997.

Michael G. Newbold, Yonke, Arnold, New-
bold & Regan, P.C., Kansas City, for appel-
lant.

Kathleen A. Hauser, City Attorney, Cecilia
O'Connor Abbott, Assistant City Attorney,
Kansas City, for respondent.

Before ULRICH, C.J., P.J., and HANNA
and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Fred Wilkinson, Jr. appeals the judgment
of the circuit court affirming the decision of
the Personnel Appeals Board of Kansas City
(Board) sustaining the suspension and termi-
nation of his employment with the City of
Kansas City (City). Mr. Wilkinson claims
that the Board's decision was unsupported by
competent and substantial evidence, was ar-
bitrary, capricious, and unreasonable, and
was an abuse of discretion.

The judgment of the circuit court uphold-
ing the Board's decision is affirmed. Rule
84.16(b).